UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMAS HADASZY,

      Plaintiff,

v.                             Case No. 8:16-cv-549-T-33MAP

OPEN SYSTEMS TECHNOLOGIES INC.,

      Defendant.

_____/

## ORDER

This matter comes before the Court sua sponte. On May 19, 2016, this Court entered an Order referring this case to mediation with Mark Hanley and directing Plaintiff's counsel, within twenty days thereof, to advise the Court of the date and time of the mediation conference. (Doc. # 11). Plaintiff reported that the mediation conference would take place on July 13, 2016, at 1:00 PM. (Doc. # 13).

On July 15, 2016, two days after the mediation was scheduled to take place, the Court entered an Order directing Plaintiff's counsel to file a notice "indicating whether mediation occurred as scheduled and, if so, whether a settlement was reached." (Doc. # 19). That notice was due on July 18, 2016. (Id.). But, Plaintiff failed to respond to the Court's July 15, 2016, Order.

Notably, pursuant to Local Rule 3.08(a), "[i]t shall be the duty of all counsel to immediately notify the Court upon

the settlement of any case." Thus, even if the parties settled this case, prior to or at mediation, they still had an obligation to keep the Court informed. Since Plaintiff is not diligently prosecuting this case, the Court dismisses Plaintiff's action without prejudice for failure to prosecute.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This case is dismissed without prejudice for failure to prosecute.

(2) The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of July, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2